DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTRAWN D. PRICE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3721

[April 12, 2018]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 31-1996-CF-000009-A.

Antrawn D. Price, Madison, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***